UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
LOMENICK, MICHAEL S § Case No. 10-53759
 §
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      Kenneth Gardner
      U.S. Bankruptcy Court Clerk
      219 South Dearborn Street- 7th Floor
      Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 10/25/2011 in Courtroom 744,
      United States Courthouse
      219 South Dearborn Street
      Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: Kenneth S. Gardner_____
                     Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
LOMENICK, MICHAEL S                 §    Case No. 10-53759
                                    §
        Debtor(s)                   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 24,414.09 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 24,414.09 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Phillip D. Levey | $ 3,191.41 | $ 0.00 | $ 3,191.41 |
| Trustee Expenses: Phillip D. Levey | $ 23.31 | $ 0.00 | $ 23.31 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 4,698.00 | $ 0.00 | $ 4,698.00 |
| Other: Brad Ramey | $ 300.00 | $ 0.00 | $ 300.00 |

Total to be paid for chapter 7 administrative expenses    $    8,212.72
Remaining Balance                                         $   16,201.37

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,780.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 45.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 10,476.47 | $ 0.00 | $ 4,743.77 |
| 000002 | Portfolio Recovery Associates, LLC<br>c/o Wells Fargo Bank,n.a.<br>POB 41067<br>Norfolk VA 23541 | $ 5,670.77 | $ 0.00 | $ 2,567.74 |
| 000003 | Edfinancial Services for IDAPP<br>120 N Seven Oaks Drive<br>Knoxville, TN 37922 | $ 18,608.01 | $ 0.00 | $ 8,425.74 |
| 000004 | Virginia Marrero<br>1016 N California #3F<br>Chicago, IL 60622 | $ 1,025.00 | $ 0.00 | $ 464.12 |

Total to be paid to timely general unsecured creditors     $     16,201.37

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey  
Trustee's Counsel

*Phillip D. Levey*  
*2722 North Racine Avenue*  
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-53759-ERW
Michael S Lomenick                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cgreen               Page 1 of 1          Date Rcvd: Sep 26, 2011
                              Form ID: pdf006            Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2011.
```
db         +Michael S Lomenick,    117 N. Lotus,    Chicago, IL 60644-3247
aty        +Douglas K. Morrison,    Morrison & Mix,   120 N. LaSalle Street,   Suite 2750,
             Chicago, IL 60602-2422
tr         +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
16505286    Bank of America,   PO Box 5170,   Simi Valley, CA 93062-5170
16505287    Chase,   PO Box 15153,   Wilmington, DE 19886-5153
16505288    Citibank,   PO Box 6235,   Sioux Falls, SD 57117-6235
16988913   +Edfinancial Services for IDAPP,   120 N Seven Oaks Drive,   Knoxville, TN 37922-2359
16505290   +Fidelity Investments,   82 Devonshire Street,   Boston, MA 02109-3614
16505291    IDAPP / Ed Financial Services,   PO Box 36014,   Knoxville, TN 37930-6014
16505292   +NCO Financial,   507 Prudential Road,   Horsham, PA 19044-2368
16711894   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
            (address filed with court:  Portfolio Recovery Associates,   120 Corporate Blvd,   Suite 100,
             Norfolk, VA 23502)
16917224   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
            (address filed with court:  Portfolio Recovery Associates, LLC,   c/o Wells Fargo Bank,n.a.,
             POB 41067,   Norfolk VA 23541)
16505293   +RBS,   1000 Lafayette Hill,   Bridgeport, CT 06604-4725
16505294   +Robert H. Fischer,   117 N. Lotus,   Chicago, IL 60644-3247
16505295   +Social Security Administration,    PO box 3430,   Philadelphia, PA 19122-0430
16505296   +Virgina Macero,   924 N Francisco Avenue,   Chicago, IL 60622-4444
17125274   +Virginia Marrero,   1016 N California #3F,   Chicago, IL 60622-7669
16505297    Wells Fargo Credit Cards,   Wells Fargo Card Services,   PO Box 522,   Des Moines, IA 50306-0522
16505298    Wells Fargo Home Equity,   PO Box 5169,   Sioux Falls, SD 57117-5169
16711891   +Wells Fargo Home Mortgage,   PO Box 10335,   Des Moines, IA 50306-0335
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16505289    E-mail/PDF: mrdiscen@discoverfinancial.com Sep 27 2011 03:48:45     Discover,   PO Box 15316,
             Wilmington, DE 19850
16860412    E-mail/PDF: mrdiscen@discoverfinancial.com Sep 27 2011 03:48:45     Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
                                                                                              TOTAL: 2
```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*       +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 28, 2011**            **Signature:** *Joseph Speetjens*