UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
LOMENICK, MICHAEL S § Case No. 10-53759
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>   CHAPTER 7 ADMIN. FEES<br>   AND CHARGES<br>   (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER<br>   ADMIN. FEES AND<br>   CHARGES (from **Exhibit 5**) | | | | |
|    PRIORITY UNSECURED<br>   CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

      4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

      5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

      6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Phillip D. Levey_____
                                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America PO Box 5170 Simi Valley, CA 93062-5170 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fidelity Investments 82 Devonshire Street Boston, MA 02109 | | | | | |
| | Wells Fargo Home Equity PO Box 5169 Sioux Falls, SD 57117-5169 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| RAMEY, BRAD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Social Security Administration PO box 3430 Philadelphia, PA 19122-9985 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase PO Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Citibank PO Box 6235 Sioux Falls, SD 57117-6235 | | | | | |
| | Discover PO Box 15316 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IDAPP / Ed Financial Services PO Box 36014 Knoxville, TN 37930-6014 | | | | | |
| | IDAPP / Ed Financial Services PO Box 36014 Knoxville, TN 37930-6014 | | | | | |
| | RBS 1000 Lafayette Hill Bridgeport, CT 06604 | | | | | |
| | Virgina Macero | | | | | |
| | Wells Fargo Credit Cards Wells Fargo Card Services PO Box 522 Des Moines, IA 50306-0522 | | | | | |
| 000003 | EDFINANCIAL SERVICES FOR IDAPP | | | | | |
| 000004 | VIRGINIA MARRERO | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

Case No: 10-53759 EW Judge: EUGENE R. WEDOFF
Case Name: LOMENICK, MICHAEL S

For Period Ending: 12/15/11

Trustee Name: Phillip D. Levey
Date Filed (f) or Converted (c): 12/03/10 (f)
341(a) Meeting Date: 01/21/11
Claims Bar Date: 05/23/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 117 N. Lotus, Chicago IL 60644 | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 2. 929 N. Francisco, Chicago, IL 60622 | 100,000.00 | 6,546.06 | DA | 0.00 | FA |
| 3. 40 Acres of undeveloped property in Silver City, O | 953.00 | 0.00 | | 20,000.00 | FA |
| 4. Cash | 25.00 | 0.00 | DA | 0.00 | FA |
| 5. Checking Account, Citibank | 200.00 | 0.00 | DA | 0.00 | FA |
| 6. Miscellaneous furnishings | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 7. Miscellaneous clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 8. Life insurance through RBC Insurance Co. | 3,000.00 | 0.00 | | 4,413.66 | FA |
| 9. 401(k) through employer (Cannot be drawn) | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. 1994 Honda De Sol | 100.00 | 0.00 | DA | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.80 | Unknown |

TOTALS (Excluding Unknown Values)       $207,278.00        $6,546.06        $24,414.46

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /        Current Projected Date of Final Report (TFR):  / /

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-53759 -EW | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | LOMENICK, MICHAEL S | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5850  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4599 | | |
| For Period Ending: | 12/15/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/17/11 | 3 | Michael S. Lomenick | Sale of Real Estate | 1110-000 | 20,000.00 | | 20,000.00 |
| 06/30/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.09 | | 20,000.09 |
| 07/29/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,000.26 |
| 08/18/11 | 8 | Michael S. Lomenick | Life Insurance - Cash Value | 1129-000 | 4,413.66 | | 24,413.92 |
| 08/31/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.17 | | 24,414.09 |
| 09/30/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.20 | | 24,414.29 |
| 10/27/11 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.17 | | 24,414.46 |
| 10/27/11 | | Transfer to Acct #*******6024 | Final Posting Transfer | 9999-000 | | 24,414.46 | 0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | 24,414.46 | 24,414.46 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 24,414.46 | |
| Subtotal | 24,414.46 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 24,414.46 | 0.00 | |

Page Subtotals   24,414.46   24,414.46

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 8)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 10-53759 -EW | | Trustee Name: | Phillip D. Levey |
| Case Name: | LOMENICK, MICHAEL S | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6024 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4599 | | | |
| For Period Ending: | 12/15/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/27/11 | | Transfer from Acct #*******5850 | Transfer In From MMA Account | 9999-000 | 24,414.46 | | 24,414.46 |
| 11/02/11 | 000101 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 3,191.45 | 21,223.01 |
| 11/02/11 | 000102 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 23.31 | 21,199.70 |
| 11/02/11 | 000103 | Phillip D. Levey | TRUSTEE'S ATTORNEY'S FEES | 3110-000 | | 4,698.00 | 16,501.70 |
| 11/02/11 | 000104 | Brad Ramey Coldwell Banker 1301 E. Taft Sapulpa, OK 74066 | Appraisal Fee | 3711-000 | | 300.00 | 16,201.70 |
| 11/02/11 | 000105 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 45.28109% | 7100-900 | | 4,743.86 | 11,457.84 |
| 11/02/11 | 000106 | Portfolio Recovery Associates, LLC c/o Wells Fargo Bank,n.a. POB 41067 Norfolk VA 23541 | Claim 000002, Payment 45.28115% | 7100-900 | | 2,567.79 | 8,890.05 |
| 11/02/11 | 000107 | Edfinancial Services for IDAPP 120 N Seven Oaks Drive Knoxville, TN 37922 | Claim 000003, Payment 45.28115% (3-1) student loans | 7100-000 | | 8,425.92 | 464.13 |
| 11/02/11 | 000108 | Virginia Marrero 1016 N California #3F Chicago, IL 60622 | Claim 000004, Payment 45.28098% | 7100-000 | | 464.13 | 0.00 |

Page Subtotals     24,414.46     24,414.46

Ver: 16.04e

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-53759 -EW | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | LOMENICK, MICHAEL S | Bank Name: | BANK OF AMERICA |
|  |  | Account Number / CD #: | *******6024 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4599 |  |  |
| For Period Ending: | 12/15/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | COLUMN TOTALS |  | 24,414.46 | 24,414.46 | 0.00 |
|  |  |  | Less: Bank Transfers/CD's |  | 24,414.46 | 0.00 |  |
|  |  |  | Subtotal |  | 0.00 | 24,414.46 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | Net |  | 0.00 | 24,414.46 |  |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS |  |  |  |
| Money Market Account (Interest Earn - ********5850 | 24,414.46 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********6024 | 0.00 | 24,414.46 | 0.00 |
|  | 24,414.46 | 24,414.46 | 0.00 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 16.04e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*